AO 239 (Rev. 1/15) (INND Rev. 8/16)   FILED

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[*This form is for non-prisoners who cannot afford to pay the filing fee when filing a new case OR a notice of appeal. If you are a prisoner, you need a different form.*]

Mr. Eric J. MAPES
_____ ,

[*Type or underline print in ink your full name. If more than one PLAINTIFF, each must file a separate form.*]

v.

The State of Indiana
_____ ,

[*Put the name of the first DEFENDANT on this line.*]

Case Number __1:19CV51__

[*For a new case in this court, leave blank. The court will assign a case number.*]

[*The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.*]

## MOTION TO PROCEED IN FORMA PAUPERIS

1. Are you employed? ⊘ No.

   ◯ Yes, my gross earnings (before deductions for taxes, etc.) are: $ __N/A__ per month.

2. Are you married? ◯ No.

   ⊘ Yes, spouse's gross earnings (before deductions for taxes, etc.) are: $ __0.00__ per month.

3. Have you (and spouse if married) received money from any other source in the past 12 months? ◯ No.

| ⊘ Yes. From where? | How often? | How much? |
|---|---|---|
| SSI DISABILITY / SSDI DISABILITY | Monthly | $790.00 give or take |
| | | |
| | | |
| | | |
| | | |

4. If you have no income listed above, explain how you (and spouse, if married) obtain food, clothing, shelter, and other necessities of basic living. __We recieve assiastance to cover other necessities for basic living as well we receive food stamps, Mrs. MAPES is disabled and awaiting response and other legal channels from SSA__ We pay $600 in monthly rent, then bills with what we have remaining.

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

Private Records

Direct Deposit Information - Mozilla Firefox

A Direct Deposit Information ×   G 4822 E Michigan St Indian ×   +

https://ultrabranch3.alaskausa.org/efs/servlet/efsonline/direct-deposit-wait.jsp

**AlaskaUSA**
Federal Credit Union

Contact   FAQ   Logout

| Account Information | Transfers and Payments | Account Services | Account Profile | Bill Pay | Rates and Other Information |

Summary | History | Account Details | Pending ACH | Mortgage | Visa | Dividends | **Direct Deposits** | Download

## Direct Deposit Information

Read the current Jrnal

Related Links
Help
Change Direct Deposit Distributions

Only the most recent direct deposits are displayed. To review more direct deposit (credit) transactions, go to the Account History page and select the share ID you wish to review.

| Deposit Date | Source of Funds | Distribution Account | Amount |
|---|---|---|---|
| 01/31/2019 | SSA TREAS 310 | ▆▆▆ | $551.00 $551.00 |
| 01/31/2019 | SSI TREAS 310 | ▆▆▆ | $240.00 $240.00 |
| 01/02/2019 | SSA TREAS 310 | ▆▆▆ | $551.00 $551.00 |
| 12/30/2018 | SSI TREAS 310 | ▆▆▆ | $240.00 $240.00 |

If you want to change your direct deposit distributions, click here.

**Note:** To view all checking account deposit (credit) transactions, regardless of source, go to the Account History page and select the "Deposit Transactions" view.

© Copyright 2019 • Alaska USA and UltraBranch are registered trademarks of Alaska USA Federal Credit Union.

Mortgage loans are provided by Alaska USA Mortgage Company, LLC. License #AK157293.
Washington Consumer Loan Company License #CL-157293. Licensed by the Department of Business Oversight under the California Residential Mortgage Lending Act, License #4131067

Privacy

NCUA   Federally insured by NCUA

2019-02-10 19:09

"Private Records"



Overview, My Home, my Social Security - Mozilla Firefox

Social Security Administration (US) | https://secure.ssa.gov/mySSA/start

Eric J. Mapes    Sign Out

# my Social Security

My Home    Message Center    Security Settings

## Overview

**Welcome, Eric!** You last signed in on October 25, 2018 at 8:52AM EDT.

## Social Security Statement

### A Message from Social Security:

❯ Your Social Security Statement...

Estimated Benefits:          Not applicable

Last Reported Earnings:      $0 in 2017

⧉ View Earnings Record

## Benefits & Payments

You are receiving:           Social Security (Disability),
                             SSI (Disability),
                             Medicare

View Benefit Details

Your next payment is:        $551.00 on March 1, 2019
                             $240.00 on March 1, 2019

View Payment History

Get a Benefit Verification Letter

### Overview

Benefit & Payment Details

Earnings Record

Replacement Documents

My Profile

❮ Get Help