UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| ERIC J. MAPES, | |
| Plaintiff, | |
| v. | CAUSE NO.: 1:19-CV-51-WL-SLC |
| STATE OF INDIANA, et al., | |
| Defendants. | |

ORDER

Eric J. Mapes, a pro se litigant, filed a complaint in connection with an arrest that occurred in Indianapolis, Indiana, and his incarceration at the Marion County Jail. However, Mapes filed this case in the wrong court. The location of the events described in the complaint and the individual parties are all located within the boundaries of the Southern District of Indiana. Under 28 U.S.C. § 1406(a), when a case is filed in the wrong district, "[t]he district court . . . [may] transfer such case to any district or division in which it could have been brought." For these reasons, the court TRANSFERS this case to the United States District Court for the Southern District of Indiana.

SO ORDERED on February 15, 2019.

s/William C. Lee
JUDGE WILLIAM C. LEE
UNITED STATES DISTRICT COURT